FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 17 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | 2:13-cr-00217-JAD-PAL-2 |
| vs. | |
| MAURICE STOKES, | |
| Defendant-Appellant. | **ORDER** |

On April 17, 2014, this Court granted defendant Stokes Motion to Dismiss and Appoint New Counsel (doc. 52).

Accordingly, IT IS HEREBY ORDERED that Thomas F. Pitaro, is APPOINTED as counsel for Maurice Stokes in place of Jonathan Powell for all future proceedings.

Mr. Powell shall forward the file to Mr. Pitaro forthwith.

DATED this 17th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE